JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; ADMINISTRATIVE MAINTENANCE FUND; | CASE NO.: SACV 08-898 JVS (MLGx) |
| | ASSIGNED TO THE HONORABLE JAMES V. SELNA |
| | **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| NETCOM TECHNOLOGIES, INC., a California corporation, | |
| Defendant. | |

This action having been commenced on August 11, 2008, and the Court having

approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the

Southern California IBEW-NECA Pension Plan, Trustees of the Southern California

IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical

1

165988.1

Educational and Training Trust Fund, Trustees of the National Electrical Benefit

Fund, Trustees of the Southern California IBEW-NECA Labor-Management

Cooperation Committee, and Administrative Maintenance Fund, and against

defendant Netcom Technologies, Inc., a California corporation, and for good cause

shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,

Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the

Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the

National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA

Labor-Management Cooperation Committee, and Administrative Maintenance Fund

shall recover from defendant Netcom Technologies, Inc., a California corporation, the

principal amount of $7,954.30, together with post-judgment interest thereon at the rate

of ten percent (10%) per annum, until paid in full.

DATED: October 14, 2008

_____

UNITED STATES DISTRICT JUDGE

165988.1

Judgment